DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PARKER

No. 88 PC.

Case below: 35 N.C. App. 412.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

STATE v. TURNAGE

No. 107 PC.

Case below: 35 N.C. App. 774.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

STATE v. TWINE

No. 99 PC.

Case below: 35 N.C. App. 774.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

STATE v. WARREN

No. 90 PC.

Case below: 35 N.C. App. 468.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

WARD v. G. E. CO. and INVESTMENT BUILDERS v.
    G. E. CO. and COLVIS CO. v. G. E. CO. and
    SUPER MARKETS v. G. E. CO.

No. 96 PC.

Case below: 35 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.